# United States District Court

## Northern District of Illinois

### Eastern Division

Personal Pac, et al

v.

William F. McGuffage, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 12 C 1043

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' motion for expedited permanent injunctive relief is granted.

Thomas G. Bruton, Clerk of Court

Date: 3/13/2012

/s/ Gladys Lugo, Deputy Clerk